AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>STEPHEN L. NEGRON<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  **1:26-mj-00241** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Feb 13, 2026 through Mar 13, 2026   in the county of   Hamilton   in the

Southern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation with Intent to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Capps, SA FBI
_____
*Printed name and title*

Attested to by the applicant by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:    03/24/2026
_____
*Judge's signature*

City and state:           Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**<u>AFFIDAVIT</u>**

I, Brandon Capps, being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March of 2020.  Prior to my employment at the FBI, I was employed for three years as a Certified Public Accountant for Plante Moran, PLLC.  I am currently assigned to violent crime squad at the FBI Cincinnati Field Office. While employed by the FBI, I have investigated federal criminal violations related to violent crimes against children and the sexual exploitation of children, among others.  I have gained experience through training at the FBI to include interviewing techniques, arrest procedures, search and seizure, and investigative techniques. Additionally, I have experience utilizing confidential informants, toll records, GPS information, digital and social media search warrants, bank records, and other analytical procedures in furtherance of federal investigations.  As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 2423(a) – Transportation with Intent to

Engage in Criminal Sexual Activity, has been committed by **STEPHEN L. NEGRON** (herein "**NEGRON**"), a 42 year old male. I make this affidavit is support a criminal complaint.

**PROBABLE CAUSE**

4.      On February 16, 2026, Colerain Township Police Department (hereinafter "CTPD") located near or around Cincinnati, Ohio (OH), responded to the listed address of a parent/guardian who reported their 16-year-old juvenile daughter (hereinafter "MV") had been missing since February 13, 2026.[1] On this date, MV asked her mother's permission to stay at a local friend's house – a place where MV stayed on prior occasions – for the weekend, to which MV's mother granted permission. However, MV's mother advised CTPD they have not seen or heard from MV since she left for the sleepover on February 13, 2026. MV's mother stated MV has never run away and did not get into trouble in or outside of school.

5.      MV's mother also reported that MV's boyfriend had not seen her since February 13, 2026. Additionally, MV's mother stated MV's boyfriend and friends were assisting with locating her through social media. CTPD reviewed the video surveillance footage of the InTown Suites, MV's residence, and observed MV leaving her room around 4:00PM Eastern Time (ET) on February 13, 2026. The video footage showed MV wearing a black-hooded sweatshirt, camo style pants, black shoes, black backpack, and a white grocery bag.

6.      Late on February 16, 2026, CTPD contacted MV's father who reported MV was allegedly going to meet-up with a male named Josh. MV's father stated he did not know anyone she hung out with named Josh.

---

[1] The MINOR VICTIM's identity is known to law enforcement and not included in this document to protect their privacy as a child victim.

2

7. That same day, CTPD received an update from Hamilton County Dispatch stating that MV's friend, received a text message from an unknown person using telephone number 407-439-5214 who claimed to be MV. The text message stated, "tell ▓▓▓ I am ok." ▓▓▓ was believed to be MV's boyfriend. The friend advised that she attempted to contact the number again and received a response stating it was not MV and "she will get rape, and is being raped."

8. On February 17, 2026, CTPD contacted the mother of MV's friend who MV was allegedly going to stay with February 13 through February 15, 2026. The mother stated her daughter dropped MV off at MV's residence after school on February 13, 2026, and has not seen her since.

9. On February 18, 2026, CTPD spoke with MV's father who advised MV's ▓▓▓▓ ▓▓▓▓ told him that MV was going to visit "Josh" whom MV met on the Session chat application.[2] MV's father provided CTPD with MV's cellular telephone number (hereinafter "VICTIM PHONE"). MV's father also provided CTPD with user identifications for multiple social media accounts utilized by MV.

10. From February 16, 2026, through February 18, 2026, CTPD received multiple tips of possible sightings of MV; however, CTPD was unable to locate MV.

11. Various tips and leads have been received regarding the whereabouts of MV and all have been unfounded. As investigators found a lack of online presence or verifiable leads, investigators began to analyze security footage recovered in the area and/or presumed proximity of MV's disappearance. An anonymous tipster who resided on Boleyn Drive stated they saw MV

___

[2] Session is a non-U.S. based cross-platform end-end encrypted instant messaging application emphasizing user confidentiality and anonymity. Session employs a blockchain-based decentralized network for transmission. Users can send one-to-one and group messages, including various media types such as files, voice notes, images, and videos.

3

getting into a white or grey colored pickup truck. The affiant, who received this tip by way of a third-party after an organized search on February 19, 2026, attempted to locate the anonymous tipster for more information; however, the affiant was unsuccessful locating the individual who spoke to the search party members.



12.     On February 24, 2026, MV's ▮▮▮▮ told CTPD that MV frequently ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮ stated that on or around January 31, 2026, MV met a person online that she called "Dad Bod" and spent the night with this person. Further statements made by ▮▮▮▮▮▮ indicated MV was communicating with an unknown adult male, believed to be approximately 40 years old. ▮▮▮▮▮▮ described the unknown man as having blue eyes and a "dad bod". ▮▮▮▮▮▮ stated that MV was in contact with the man for about a month before her disappearance and had previously met him in person at a hotel approximately one week before she went missing. ▮▮▮▮▮▮ said MV stayed with the man for a weekend returned to their home happy, telling ▮▮▮▮▮▮ that the man bought MV vapes. ▮▮▮▮▮▮ told law enforcement she thought MV was with the man now.

13.     On February 21, 2026, FBI Cincinnati obtained a federal search warrant for prospective cell site information, historical cell site data, and authorization to use a cell site simulator for the VICTIM PHONE. Analysis of the data revealed the VICTIM PHONE had been turned off since approximately 4:30PM ET on February 13, 2026.

14.     FBI Cincinnati analyzed the historical cell location data of the VICTIM PHONE and identified the VICTIM PHONE was located at or near the intersection of Cheviot Road and West Galbraith Road on February 13, 2026, at approximately 4:19PM ET (coordinates: 39.221864, -84.602236). On February 13, 2026, at approximately 4:30PM ET (about ten minutes later), the

4

VICTIM PHONE traveled eastbound from MV's residence near the Winton Road Exit of Ronald Reagan Cross County Highway (coordinates: 39.217495, -84.518327).

15. Investigators reviewed footage from the Thorntons gas station located at 3203 W Galbraith Road, Cincinnati, OH 45239, which showed the road in front of the business. Investigators looked for white or grey pickup trucks during the timeframe of the historical location data of the VICTIM PHONE and discovered a silver Chevrolet pickup truck bearing TN license plate number BQW0907 (hereinafter "SUBJECT VEHICLE").

16. Investigators used license plate readers (LPR) to analyze the locations of travel by the SUBJECT VEHICLE. Investigators identified the SUBJECT VEHICLE passed an LPR located at Winton Road southbound and Galbraith Road, which is consistent with the time and location of the VICTIM PHONE's last ping prior to the VICTIM PHONE being shut off.

17. Investigators continued to obtain business surveillance footage and LPR data that showed the SUBJECT VEHICLE traveling southbound through Kentucky and into TN.

18. Additionally, investigators observed LPR data that showed the SUBJECT VEHICLE traveling northbound through the Cumberland Gap Tunnel, which connects Tennessee to Kentucky on February 13, 2026, at 11:27AM. Based on this LPR data, it indicates the SUBJECT VEHICLE conducted a round trip from Tennessee to Cincinnati and back to Tennessee in a single day.

19. Investigators mapped the SUBJECT VEHICLE locations against the VICTIM PHONE historical cell location data, which is shown below. It is worth noting the SUBJECT

5

VEHICLE is marked by the black vehicle icon, whereas the purple-colored arcs demonstrate the

cell tower timing advance location[3] of the VICTIM PHONE.



20.     Motor vehicle database checks conducted by investigators on TN license plate

number BQW0907 resolved to a 2023 Chevrolet Silverado gray pickup truck registered to

STEPHEN LAWRENCE NEGRON, born in 1983, with an address listed as 209 GIBSON

STREET, ROGERSVILLE, TN 37857.

---

[3] Timing advance location is a cellular network mechanism that measures the signal round-trip time between a phone and a tower, allowing operators to estimate distance for geolocation.

21.     Furthermore, on March 11, 2026, an FBI Special Agent surveilled 209 GIBSON STREET, ROGERSVILLE, TN 37857, and observed a Chevrolet Silverado gray pickup truck backed into the driveway on the same property.

22.     Utilizing Google Maps, investigators learned the estimated time for a roundtrip from NEGRON's residence to Cincinnati, OH, would allow for an individual to drive it in a single day with an estimated travel time of nine hours and 43 minutes or 559 miles.

23.     Open-source information obtained from the TN Property Assessment Data website, https://assessment.cot.tn.gov, revealed NEGRON as the current owner of 209 GIBSON STREET, ROGERSVILLE, TN 37857, as of March 2026.

24.     Information obtained via legal process from the Rogersville (TN) Water Department revealed an active water utility and billing account registered to NEGRON at 209 GIBSON STREET, ROGERSVILLE, TN 37857, as of March 2026.

25.     On the morning of March 12, 2026, law enforcement observed an individual getting into a white pickup truck parked at the residence located at 209 GIBSON STREET, ROGERSVILLE, TN 37857. Law enforcement wasn't able to obtain the physical description of the person due to the distance of the observation. Law enforcement observed additional movement within the residence after the truck left the premises to include observing the interior lights going from on to off, indicating a second occupant at the residence.

26.     Law enforcement and criminal history checks conducted on NEGRON revealed the following:

a. Name: STEPHEN LAWRENCE NEGRON[4]

b. Date of Birth: XX/XX/1983 (42 yrs)

c. Social Security Account Number: XXX-XX-6301

d. Address: 209 GIBSON STREET, ROGERSVILLE, TN 37857

e. TN Driver's License: ████████ (current)

f. FL Driver's License: ████████████ (expired)

27. Further investigation into the criminal history of NEGRON revealed a 2024 non-ending protection order issued out of Williamson County, Texas, against NEGRON at 209 GIBSON STREET, ROGERSVILLE, TN 37857, and the listed protected person was an 18-year-old female (hereinafter "MV2"). The following is a summary of MV2's statements outlined in the affidavit of the protection order:

28. MV2 stated she met NEGRON on social media in October of 2023 and began an online relationship. At the time, NEGRON was 41 years old and MV2 was 16 years old.

29. In December 2023, NEGRON flew from Florida to Texas to meet MV2. NEGRON rented a vehicle and picked MV2 up at a planned location. MV2 advised NEGRON wanted MV2 to ████████████████████████. NEGRON then brought out many ████████ ████████████████████████. NEGRON attempted to ████████████ ████████████████████████████████████████████████

30. From January 2024 to May 2024, NEGRON and MV2 continued a long-distance relationship through text messaging, FaceTime, and phone calls every day. NEGRON told MV2 that he wanted to ████████████████████, and that he wanted to ████████████ ████████████████████████████. NEGRON also told MV2 that if she

---

[4] The full date of birth and Social Security Number of NEGRON is known to law enforcement.

8

ever ran away from him, he would break MV2's ankles and toes. NEGRON also made MV2 download the Session chat application. MV2 advised there was only child pornography on Session and NEGRON made ███████████████████████████████████████████.

31. Investigators believed MV2's information about NEGRON was noteworthy because ████████ told Cincinnati law enforcement that MV communicated with an individual on the Session chat application prior to her disappearance.

32. In May 2024, NEGRON drove from TN to Texas and picked up MV2 and took her to a hotel where NEGRON attempted ███████████████████████████████████████

███████████████████████████████.

33. A few days later, NEGRON went back to MV2's residence and picked her up and took her back to his residence in TN. NEGRON drugged MV2 and sexually assaulted her.

34. MV2 stated that when NEGRON was arrested in TN, NEGRON stated he would always find MV2.

35. According to research conducted in law enforcement databases, criminal history inquiries, and court records, NEGRON was never convicted on any charges related to the protection order and activity involving MV2 (however, a criminal complaint related to this incident was recently filed in the Eastern District of Tennessee against NEGRON as outlined below).

36. Law Enforcement database inquiries in March 2026, revealed NEGRON is the only resident/occupant at 209 GIBSON STREET, ROGERSVILLE, TN 37857.

37. On March 12, 2026, The Honorable Christopher H. Steger, Magistrate Judge for the Eastern District of Tennessee, issued a search warrant for the search of 209 GIBSON STREET, ROGERSVILLE, TN (2:26-mj-29).

9

38.     On March 13, 2026, Agents and Law Enforcement Officers assigned to FBI Nashville executed a federal search warrant (2:26-mj-29; Eastern District of Tennessee) of NEGRON's residence at 209 GIBSON STREET, ROGERSVILLE, TN 37857. The results of this search warrant yielded the following information:

    a. One black Nike backpack resembling the one that MV was last observed wearing in Cincinnati, OH on or about February 13, 2026. This backpack contained multiple feminine hygiene products.

    b. Multiple articles of clothing which appeared to belong to a juvenile female. Law enforcement is not aware of any juvenile females known to reside with NEGRON at 209 GIBSON STREET.

    c. One Metro by T-Mobile SIM card container with no SIM card.

    d. One box for a Motorola Moto G cell phone with the following handwritten text: "2/16"; "Negron"; "931-297-6114"

    e. A photo of the items described in above bullet points "c." and "d." is included below:



39.     On March 13, 2026, law enforcement submitted a request for exigent GPS pings and subscriber information for the T-Mobile cell phone assigned telephone number 931-297-6114

10

("Subject Cell Phone"). Law enforcement began receiving information from this exigent request on March 13, 2026. Law enforcement has reviewed the results obtained from this request and learned the following:

    a. T-Mobile identified STEPHEN NEGRON as the subscriber of the Subject Cell Phone.

    b. T-Mobile provided historical cell site information and cell phone GPS pings for the Subject Cell Phone. This data identified the Subject Cell Phone's approximate location as Rogersville, TN on March 12, 2026; and its approximate location as Palatka, FL, on March 13, 2026.

40. Law enforcement identified the Quality Inn & Suites Palatka Riverfront Hotel, 201 N 1st St. Palatka, FL 32177 in the approximate vicinity of the Target Cell Phone based on the approximate GPS location information provided by T-Mobile. Law enforcement obtained tenant information telephonically from the Quality Inn & Suites Palatka Riverfront Hotel which identified NEGRON and one minor as the tenant renting room 142 of the hotel.

41. On March 13, 2026, Law Enforcement located NEGRON in Palatka, FL and arrested him pursuant to a federal arrest warrant (2:26-MJ-30; Eastern District of Tennessee; Issued March 12, 2026). Law enforcement located him operating a white Dodge Ram bearing Virginia license plate UB8-7799.

42. Following the arrest of NEGRON, Law Enforcement located MV on the premises of the Quality Inn & Suites Palatka Riverfront Hotel, 201 N 1st St. Palatka, FL. MV made statements to law enforcement upon recovery indicating that there was ███████████ ███████ NEGRON. A cell phone was recovered from MV's person upon recovery.

11

43.     Due to the statements made by MV, law enforcement and victim specialists transported MV to a local hospital and child advocacy center for a sexual assault nurse examiner (SANE) exam and a follow up forensic interview.

44.     The following is a summary of statements made by MV during her forensic interview. MV met Stephen NEGRON online on the application Tumblr[5]. MV was ███████████ ████████████████████████████████ NEGRON reached out to MV and told her he could take her in, give her a better life, get her necessities, and get her clothes. MV told NEGRON that she was 16 years old and NEGRON told MV that it was ok and that he was willing to risk getting in trouble. MV and NEGRON talked online for about a week before he came and picked her up. NEGRON did not communicate his age to MV prior to picking her up. NEGRON picked up MV down the street from her residence in a grey Silverado. When NEGRON picked up MV, NEGRON wanted MV to get rid of her cell phone. NEGRON made MV delete items in her phone and change her settings. NEGRON directed MV to the backseat of his vehicle. NEGRON destroyed the phone during the car ride back to his home in Tennessee using a hammer and threw it out. When MV arrived at NEGRON's house in Tennessee, it was a little different than what he told her. NEGRON got MV everything she needed but he "wasn't normal". NEGRON told MV ████████████████████████████████████████. NEGRON liked little girls. NEGRON told MV that he would have taken MV even if she was younger than 16 years old. MV thought it was just going to be a new household situation. NEGRON was ████████████ NEGRON ████████████████████████████████████████████ ████████. MV stated that "she was already with him, there was no way to get away". ████████

---

[5] Tumblr is a microblogging and social media platform. The service allows users to post multimedia and other content to a short-form blog.

12



NEGRON told MV that he took another girl in the past.

NEGRON and MV drove to Florida yesterday for NEGRON's job in NEGRON's white work truck.

NEGRON also took MV to Texas a couple weeks prior for NEGRON's job.

13

████████████████ NEGRON also purchased clothing for MV. ████████████

███████████████████████████████████████████

███████████████████

45.     On March 13, 2026, the Honorable Monte C. Richardson, United Stated Magistrate Judge for the Middle District of Florida issued search warrants (3:26-MJ-1102, 3:26-MJ-1103, 3:26-MJ-1104, and 3:26-MJ-1105) authorizing the search of NEGRON's person, Motorola Smart Phone in Pink Case (Cell phone taken from MV's person upon recovery), White Dodge Ram 2500 Truck (Virginia License Plate UB87-799), and Quality Inn & Suites Palatka Riverfront Hotel Room 142 located at 201 N. 1st St., Palatka, FL 32177.

46.     On March 13, 2026, agents and law enforcement officers with FBI Jacksonville executed search warrants at Quality Inn & Suites Palatka Riverfront Hotel Room 142 located at 201 N. 1st St., Palatka, FL 32177 and the White Dodge Ram 2500 Truck (Virginia License Plate UB87-799). The results of these search warrants yielded the following information:

   a.   Two cell phones located in White Dodge Ram 2500 truck (Grey colored Motorola G-2026 and silver colored Samsung SM-S931U)

   b.   Gas and hotel receipts located in the White Dodge Ram 2500 truck

   c.   Lenovo Idea Pad 5 located in Quality Inn & Suites hotel room 142

   d.   Various items containing possible DNA samples of NEGRON and/or MV from the White Dodge Ram 2500 truck and Quality Inn & Suites hotel room 142

47.     Law enforcement reviewed a forensic extraction of the Samsung SM-S931U which yielded the following information:

   a.   Google Account: negronstephen72@gmail.com

   b.   Cell Phone number associated with phone: 276-639-0627

14

    c. Location data for the cell phone on 2/13/2026 at approximately 4:21PM at coordinates 39.220113, -84.586418, which is located at the intersection of Colerain Avenue and W. Galbraith Road (Colerain Township, Cincinnati Ohio).

    d. Images depicting hotel receipts under the name NEGRON to include:

        i. Comfort Inn Suites, 30 Louis Prima Drive, Covington, LA from 2/18/2026 – 2/19/2026

        ii. Comfort Inn Suites, 912 Padre Blvd, South Padre Island, TX from 2/19/2026 – 3/4/2026

        iii. Comfort Inn Suites, 2880 N. Westport Dr, Port Allen, LA from 3/4/2026 – 3/5/2026

48. Law enforcement reviewed a forensic extraction of the Motorola cell phone in a pink case seized from MV's person upon recovery. The phone number associated with the cell phone is ███████. Law enforcement observed a text message thread between MV and NEGRON that includes self-taken images (non-explicit) depicting MV and NEGRON. In the communications, NEGRON was utilizing cell phone number 931-297-6114. That phone number was confirmed to be associated with the other Motorola cell phone seized from the White Dodge Ram 2500. This was also the phone number that law enforcement obtained exigent ping location from T-Mobile that resulted in locating NEGRON and ultimately locating and recovering MV.

**CONCLUSION**

49. I submit that this affidavit supports probable cause for the charges in the criminal complaint.

Respectfully submitted,

15

_Brandon Capps_

Brandon Capps - Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on March 24 , 2026.

_Stephanie K Bowman_

Honorable Stephanie K. Bowman
United States Magistrate Judge

16